```
Nancy Duffy McCarron, CBN 164780
Law Office of Nancy Duffy McCarron
950 Roble Lane
Santa Barbara, CA 93103
805-450-0450   fax 805-965-3492
nancyduffysb@yahoo.com
     Real Estate Broker Lic. 853086

Attorney for Plaintiff Carole S. Alles
```

LODGED
2012 NOV 28 PM 2:26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CA.
RIVERSIDE
BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

ED CV 12 - 02095 SVW (DTBx)

| | |
|---|---|
| CAROLE S. ALLES<br>　　　　　Plaintiff,<br>　　v.<br>WELLS FARGO BANK, NA;<br>WELLS FARGO HOME<br>MORTGAGE, INC;<br>CAL-WESTERN RECONVEYANCE<br>CORPORATION;<br>DOES 1-10<br>　　　　　Defendants. | Case No. _____<br><br>[*PROPOSED*]<br>PRELIMINARY INJUNCTION<br><br><br><br>FRCP 65(a) |

This cause came on to be heard on _____ on plaintiff's motion for a preliminary injunction. At that hearing, the court considered the verified complaint, the affidavits submitted in support of the motion and in opposition to it. The court also heard oral evidence in open court and the argument of counsel.

After due deliberation, it appears to the court that the defendants have served and recorded a Notice of Sale of plaintiff's property at 43060 Illinois Avenue, Palm Desert 92111, or have threatened to sell or foreclose the property, or combination of these acts, and will continue to commit these acts unless restrained by this court, to the irreparable injury of the plaintiff.

The court has made and filed its findings of fact and conclusions of law on this matter. The court has considered plaintiff's age and disability, and has given due consideration to this issue under the ADA [42 USC §12101], and has made accommodations in entering this order due to such disability. Therefore,

IT IS ORDERED that defendants, their officers, agents, employees, or any person having actual notice of this order, are enjoined from selling, transferring title, assigning any beneficial interest, or taking any actions to foreclose the property pending outcome of this litigation or upon the approved settlement of the parties.

IT IS FURTHER ORDERED that this Preliminary Injunction shall become effective at the time the order is entered and served. Plaintiff is excused from posting a bond under the authority of *People ex rel. Van De Kamp v. Tahoe Reg. Plan. Agency*, 766 F.2d 1319, 1325-1326 (9th Cir. 1985)

_____
_____
_____

This Preliminary Injunction shall remain in full force and effect until the final judgment in this action, approved settlement of the parties, or until further order of this Court, whichever occurs first.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE